**Valentin Gurvits** (*pro hac vice* forthcoming)
vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice* forthcoming)
matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800 | Fax: 617-928-1802

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **GGS Ltd**, an Anguilla company, and **InfoStar Management Ltd**, an English company, <br><br> Plaintiffs, <br><br> v. <br><br> **Ritzio Purchase Limited**, a Cyprus company, **Dareos Inc.**, a Marshall Islands company, and **Dareos Ltd.**, a Cyprus company, <br><br> Defendants. | Case No.: <br><br> **Notice of Non-Applicability of Trademark Information Form** |

Plaintiffs, by and through their undersigned counsel, hereby provide the Court with notice indicating the reason forms AO 120 and/or AO 121 are not necessary to be filed with this case.

Although this is a trademark related case, Form AO121 and a notice to the Director of the Patent and Trademark Office pursuant to 15 U.S.C. § 1116 is inapplicable in this case. The trademark registrations implicated in this case are Defendants' trademark registrations in Russia and other international trademark registrations. Complaint, ¶ 27. Plaintiffs' counsel has

1

searched the Patent and Trademark Office's database and has not found any trademarks registered to Defendants in the United States. Nor have Defendants, in the UDRP proceeding that preceded this case, made reference to any trademark registrations in the United States.

Form AO121 is required pursuant to 15 U.S.C. § 1116(c), which states, in relevant part, as follows (emphasis added):

> It shall be the duty of the clerks of such courts within one month after the filing of any action, suit, or proceeding ***involving a mark registered under the provisions of this chapter*** to give notice thereof in writing to the Director setting forth in order so far as known the names and addresses of the litigants and designating the number or numbers of the registration or registrations upon which the action, suit or proceeding has been brought....

Given that this action does not involve a mark registered under the provisions of Chapter 22 of Title 15 of the United States Code, no notice is required to be provided to the Patent and Trademark Office.

To make clear: this Court has personal jurisdiction over Defendants in this matter on the basis that Defendants explicitly consented to the jurisdiction of this Court. Complaint, ¶¶ 14-17. This Court further has subject matter jurisdiction over this matter on the basis of, *inter alia*, federal question and 15 U.S.C. § 1114(2)(D)(v). Complaint, ¶ 12.

On the basis of the foregoing, Plaintiffs respectfully request that the Court acknowledge and order that Plaintiffs are not required to file Forms AO120 and AO121.

1  DATED this 22nd day of May, 2018.              Respectfully submitted,
                                                  Plaintiffs
2                                                 By their Attorneys,

3

4                                                 /s/ Matthew Shayefar
                                                  Matthew Shayefar (*pro hac vice* forthcoming)
                                                  Valentin Gurvits (*pro hac vice* forthcoming)
5                                                 Boston Law Group, PC
                                                  825 Beacon Street, Suite 20
6                                                 Newton Centre, Massachusetts 02459
                                                  Tel:    (617) 928-1800
7                                                 Fax:    (617) 928-1802
                                                  matt@bostonlawgroup.com
8                                                 vgurvits@bostonlawgroup.com