**Valentin Gurvits** (*pro hac vice* forthcoming)
vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice* forthcoming)
matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800 | Fax: 617-928-1802

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| **GGS Ltd**, an Anguilla company, and **InfoStar Management Ltd,** an English company, <br><br> Plaintiffs, <br><br> v. <br><br> **Ritzio Purchase Limited**, a Cyprus company, **Dareos Inc.**, a Marshall Islands company, and **Dareos Ltd.**, a Cyprus company, <br><br> Defendants. | Case No.: 2:18-cv-01551-PHX-GMS <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs GGS Ltd and InfoStar Management Ltd, by and through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants. This notice of dismissal is being filed with the Court before service by any Defendant of either an answer or motion for summary judgment.

| | | |
|---|---|---|
| Dated: | June 11, 2018 | Respectfully Submitted,<br>Plaintiff<br>By their attorneys,<br><br>/s/ Matthew Shayefar<br>Matthew Shayefar (*pro hac vice* forthcoming)<br>Valentin Gurvits (*pro hac vice* forthcoming)<br>Boston Law Group, PC<br>825 Beacon Street, Suite 20<br>Newton Centre, Massachusetts 02459<br>Tel:   (617) 928-1800<br>Fax:   (617) 928-1802<br>matt@bostonlawgroup.com<br>vgurvits@bostonlawgroup.com |